1  DANIEL J. BRODERICK, CA Bar #89424
   Federal Defender
2  TARA I. ALLEN, CA Bar #235549
   Staff Attorney
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for the Defendant
   STACEY RAE DENT
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12 UNITED STATES OF AMERICA,    )   No. CR. S-06-351-KJM
                                )
13              Plaintiff,      )
                                )   **APPLICATION AND ORDER FOR**
14      v.                      )   **TRANSPORTATION AND SUBSISTENCE**
                                )   **PURSUANT TO 18 U.S.C. § 4285**
15 STACEY RAE DENT,             )
                                )
16              Defendant.      )   Date:  February 22, 2007
                                )   Time:  10:00 a.m.
17 _____)   Judge: Hon. Kimberly J. Mueller

18

19      Defendant STACEY RAE DENT hereby requests an order for

20 transportation and subsistence costs pursuant to 18 U.S.C. § 4285.

21      Ms. Dent financially qualifies for representation by the Federal

22 Defenders Office and is currently making restitution in connection with

23 the above-titled matter.  She is unable to afford her own

24 transportation from her residence in Crestview, FL to Sacramento,

25 California for her sentencing hearing on February 22, 2007 at 10:00 am

26 ///

27 ///

28 ///

1  It will be necessary for Ms. Dent to arrive in Sacramento on February
2  22, 2007 in order to timely make her court appearance by 10:00 a.m. on
3  February 22, 2007.
4
5  DATED: January 19, 2007           Respectfully submitted,
6                                    DANIEL J. BRODERICK
                                     Federal Defender
7
8                                    /s/ Tara I. Allen
                                     _____
9                                    TARA I. ALLEN
                                     Staff Attorney
10
11                                   Attorney for Defendant
                                     STACEY RAE DENT
12

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Cr.S. 06-351-KJM |
| Plaintiff, | ) | |
| | ) | ORDER RE: TRANSPORTATION |
| v. | ) | AND SUBSISTENCE |
| STACEY RAE DENT, | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL SERVICE, SACRAMENTO, CALIFORNIA:

This is to authorize and direct you to furnish the above named defendant, STACEY RAE DENT, with transportation from Crestview, FL to Sacramento, California for her sentencing hearing in the United States Magistrate Court for the Eastern District of California on February 22, 2007 at 10:00 a.m.  It will be necessary for Ms. Dent to arrive in Sacramento, California on February 21, 2007, in order to timely make her court appearance by 10:00 a.m. on February 22, 2007. In addition, the United States Marshal must furnish Ms. Dent with money for subsistence expenses to her destination, not to exceed the amount authorized as a per diem allowance for travel under section 5702(a) of Title 5, United States Code.  Ms. Dent will also need return transportation back to her residence on February 22, 2007.

This order is authorized pursuant to 18 U.S.C. § 4285.

IT IS SO ORDERED.

Dated:   January 24, 2007.

_____
U.S. MAGISTRATE JUDGE